IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     20-mj-00005-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTTIE ZANE JACKET,

    Defendant.

___

**DEFENDANT'S MOTION FOR RELEASE ON HIS OWN RECOGNIZANCE**
___

COMES NOW the defendant, by and though undersigned CJA counsel, Christian A. Hatfield, and hereby move the Court for an order releasing defendant on his own recognizance; as grounds for this motion, defendant states the following:

1. Defendant is in custody at La Plata County Detention Center.

2. Due to the COVID-19 crisis, Defendant requests to be released on his own recognizance.

3. The government, by Assistant United States Attorney Jeffrey Graves, is opposed to this motion.

WHEREFORE, defendant respectfully requests the Court enter an order releasing defendant on his own recognizance, under such conditions as the Court deems just.

Respectfully submitted on this 27th day of March, 2020.

Respectfully submitted,

*/s/ Christian A. Hatfield*
CHRISTIAN A. HATFIELD
Attorney for Defendant
1099 Main Ave., Ste 215A
Durango, Colorado
Telephone: (970) 259-2269
Fax: (970) 459-3096
Christian@hatfieldeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2020, a true copy of the foregoing *Defendant's Motion to Be Released on His Own Recognizance* was filed electronically with the United States District Court, District of Colorado's CM/ECF filing system, which cause the following counsel of record to be electronically serve and non CM/ECF participants by mail as follows:

Assistant United States Attorney
Jeffrey Graves

Scottie Zane Jacket
c/o La Plata County Jail
742 Turner Drive
Durango, Colorado 81303

*/s/ Christian A. Hatfield*
CHRISTIAN A. HATFIELD
Attorney for Defendant